**Order filed February 14, 2019**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-19-00051-CV

_____

## JOHN W. O'DOWD, Appellant

## V.

## ANCORIAN PROPERTIES, LLC, Appellee

---

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-54174**

---

# O R D E R

The notice of appeal in this case was filed January 14, 2019. To date, the filing fee of $205.00 has not been paid. No evidence that appellants are excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **February 28, 2019.** *See* Tex. R. App. P. 5. If

appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM